UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Anna Marie Calabrese,

    PLAINTIFF,

v.

WIPFLI, LLP,

    DEFENDANT.

Case No. 2:17-cv-03744-CDJ

FILED
SEP 21 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**STIPULATION FOR DISMISSAL**

Anna Marie Calabrese by and through her counsel, hereby stipulates that the Court may enter an Order dismissing this action and all claims herein with prejudice and without costs or attorneys' fees.

GILLIN AND ASSOCIATES
Attorneys for Anna Marie Calabrese

By: _____
David DiPasqua, State Bar No. ~~*****~~ 76315

Dated: Sept. 19, 2017

Approved.
C. Darnell Jones
J.
Sep. 21, 2017